West Disinfecting Company, appellee, v. Harold I. Koppelman et al., on appeal of Harold I. Koppelman, appellant. Gen. No. 24,349.

Order overruling motion to dissolve temporary injunction restraining lawsuit and other acts by former employee involving breach of trust. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed October 15, 1918. Rehearing denied October 25, 1918.

West & Eckhart, Leo Koretz and Samuel J. Richman, for appellant; John A. Irrmann, of counsel. Rosenthal, Hamill & Wormser, for appellee; Leo F. Wormser, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

George J. Cooke Company, appellee, v. Corn Products Refining Company, appellant. Gen. No. 23,303.

Action to recover for breach of warranty as to merchantability and fitness for purpose of commodity used in manufacture of beer. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918. Rehearing denied October 25, 1918.

Mayer, Meyer, Austrian & Platt and James M. Sheean, for appellant; James M. Sheean and Alfred S. Austrian, of counsel. P. C. Haley and Robert J. Folonie, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Chicago Record Herald Company, appellee, v. Henry Kadin & Company, appellant. Gen. No. 23,678.

Action to recover for advertising. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed October 15, 1918.

Clarence W. Shaeffer, for appellant. Leon A. Berezniak, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Adam Andrzejewski and John Klonowski, administrators of the estate of Kate Andrzejewski, deceased, appellees, v. Chicago Railways Company et al., on appeal of Chicago Railways Company, appellant. Gen. No. 23,808.

Action to recover for death of child caused by a collision between the car of one defendant and the truck of the other. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 15, 1918.

Joseph D. Ryan and Charles Le Roy Brown, for appellant; John R. Guilliams, of counsel. David K. Tone, for appellees.

Mr. Justice Barnes delivered the opinion of the court.